

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,926-02

### EX PARTE ALBERTO PENA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 20120D04958-120-2 IN THE 120TH DISTRICT COURT FROM EL PASO COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and indecency with a child by contact and sentenced to 20 years. The Court of Appeals affirmed the conviction. *Pena v. State,* No. 08-16-00236-CR (Tex. App.—El Paso March 27, 2019, pet. ref'd) (not designated for publication).

This Court received this 11.07 application on April 13, 2020, and dismissed the writ as noncompliant on May 6, 2020. The Court has since received Applicant's "Motion for Reconsideration." In it, Applicant notes that we previously dismissed the writ as noncompliant, and

he corrected the error when he refiled the writ.  We now withdraw our order of May 6, 2020, and reconsider the case on our own motion.  TEX. R. APP. P. 79.2(d).

This Court has undertaken an independent review of all the evidence and pleadings in the record.  Based on this Court's independent review of the entire record, we deny the application on the merits.

Filed: October 14, 2020
Do not publish